■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER PARRIS, Appellant. [619 NYS2d 585] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered April 22, 1992, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The record demonstrates that the defendant received the effective assistance of counsel to which he was constitutionally entitled *(see, People v Baldi,* 54 NY2d 137, 147; *see also, People v Ellis,* 81 NY2d 854; *People v Garcia,* 75 NY2d 973). Lawrence, J. P., O'Brien, Joy and Altman, JJ., concur.